BEFORE THE FIRST DIVISION, DECEMBER 22, 1947

**No. 52076.**—China Importing Company et al. *v.* United States, protests 86026–K, etc. (San Francisco and Seattle).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, DECEMBER 22, 1947

**No. 52077.**—J. C. Penney Co., Inc., et al. *v.* United States, protests 517502–G, etc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 22, 1947

**No. 52078.**—Madeline Britton et al. *v.* United States, protests 117290–K, etc. (San Diego, etc.).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.